[No. 36329-1-II.  Division Two.  March 31, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN SCOTT GREENE, *Appellant*.

Appeal from a judgment of the Superior Court for Skamania County, No. 06-1-00130-1, E. Thompson Reynolds, J., entered April 12, 2007. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Penoyar, A.C.J., concurred in by Bridgewater and Armstrong, JJ.

[No. 36639-8-II.  Division Two.  March 31, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY ALLEN DAY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-02286-8, Frederick W. Fleming, J., entered July 20, 2007. *Affirmed in part* and *remanded* by unpublished opinion per Van Deren, C.J., concurred in by Houghton and Hunt, JJ.

[No. 36648-7-II.  Division Two.  March 31, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. SOWANBE OLORN COLLINS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-00089-7, Lisa R. Worswick, J., entered August 10, 2007. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Penoyar, A.C.J.; Quinn-Brintnall, J., concurring separately.